UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT WELLER, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>SCOUT ANALYTICS, INC., et al.,<br><br>Defendants. | Case No.  5:15-cv-03170-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the Case Management Conference scheduled for June 2, 2016, is CONTINUED to **10:00 a.m. on July 28, 2016.**  The parties shall file a Joint Case Management Conference Statement on or before **July 21, 2016.**

**IT IS SO ORDERED.**

Dated:  May 23, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03170-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE