UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT WELLER,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOUT ANALYTICS, INC., et al.,<br><br>        Defendants. | Case No.  5:15-cv-03170-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the Parties' Joint Case Management Statement filed on July 21, 2016 (Docket Item No. 51), the Court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference set for July 28, 2016, is CONTINUED to **10:00 a.m. on September 29, 2016**.  The parties shall file a Joint Case Management Conference Statement on or before **September 22, 2016**.

**IT IS SO ORDERED.**

Dated: July 25, 2016

EDWARD J. DAVILA
United States District Judge