United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT WELLER,
Plaintiff,
v.
SCOUT ANALYTICS, INC., et al.,
Defendants.

Case No. 5:15-cv-03170-EJD

**ORDER DISMISSING CASE**

On March 2, 2017, the court issued an order to show cause which required Plaintiff, by March 9, 2017, to file an amended complaint or otherwise demonstrate good cause in writing why this case should not be dismissed after Plaintiff failed to file an amended complaint by the deadline originally imposed. Dkt. No. 63. The court advised Plaintiff that this action would be dismissed pursuant to Federal Rule of Civil Procedure 41(b) if he did not timely comply as directed.

Plaintiff filed a timely response to the order to show cause stating that, pursuant to an agreement of the parties, he will not replead his claims against any defendant. Dkt. No. 64. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 8, 2017

EDWARD J. DAVILA
United States District Judge